# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JORGE ERNESTO BRIZUELA; DINORAH ALFARO,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN PROGRESSIVE, LLC; WRIGHT, FINLAY & ZAK, LLP; ROBIN P. WRIGHT, ESQ., SBN 150984; BRADFORD E. KLEIN, ESQ., SBN 259252; RICHARD J. LEE, ESQ., SBN 268713; and/or JOHN DOES 1-10,<br><br>Defendants. | Case No.:<br>LA CV15-02476-JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS-6** |

On May 11, 2016, the Court granted Defendants WESTERN PROGRESSIVE, LLC; WRIGHT, FINLAY & ZAK, LLP; ROBIN P. WRIGHT, ESQ., SBN 150984; BRADFORD E. KLEIN, ESQ., SBN 259252; and RICHARD

1
JUDGMENT

J. LEE, ESQ., SBN 268713 (collectively, "Defendants") Motion to Dismiss Plaintiffs JORGE ERNESTO BRIZUELA ("Brizuela") and DINORAH ALFARO ("Borrower" or "Alfaro") ("Plaintiffs") First Amended Complaint with prejudice.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to Defendants, and that a Judgment of Dismissal with prejudice be entered in favor of Defendants and against Plaintiffs. Based on said judgment, Plaintiffs shall take nothing by way of the Complaint against Defendants. Defendants are the prevailing parties in this matter.

Dated: June 1, 2016

_____
Hon. John A. Kronstadt
United States District Judge